UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:22-cr-61-SPC-NPM

CAMBREL JAMAL SMART

### ORDER[1]

Before the Court, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States of America's Motion for Preliminary Order of Forfeiture. (Doc. 64). The government seeks a Preliminary Order of Forfeiture of an **FNH model FNS-9, 9mm firearm bearing S/N GKU0146629 and assorted ammunition,** which were involved in or used in the commission of the instance offense.

On December 1, 2022, Defendant Cambrel Jamal Smart pleaded guilty to Count One of the Indictment which charged him with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 924(g)(1). (Doc. 59). The court accepted Smart's plea and adjudicated him guilty of the offense and scheduled sentencing for March 6, 2023. (Doc. 64).

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the motion is **GRANTED**.

Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on December 30, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record