UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:22-cr-61-SPC-NPM

CAMBREL JAMAL SMART

_____

### **<u>FINAL ORDER OF FORFEITURE</u>**[1]

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 71). The Government seeks to have forfeited assorted ammunition (the "Assets"). Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 71) is **GRANTED**.

1. Defendant's interest in the assorted ammunition is **CONDEMNED and FORFEITED** to the United States for

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

disposition, according to law, and subject to 21 U.S.C. § 853(n)(7)

and Federal Rule of Criminal Procedure Rule 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on March 24, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record